**Charles ARMSTRONG, Appellant,**

v.

**State of MISSOURI; Mel Carnahan, Governor; City of Vinita Park; Virginia Bira, Mayor of Vinita Park, Mo; Daniel B. Chartrand, Municipal Court Judge; Robert Hartz, City Marshall; Marc S. Kramer, Vinita Park, Mo, Prosecutor; Richard Aites, Vinita Park Mo Police Officer; Unknown Mudd, Vinita Park Mo Police Officer; Overland Klaven of Klu Klux Klan, Appellees.**

No. 00–2062.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 22, 2000.

Filed Jan. 5, 2001.

Before MCMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Charles Armstrong appeals the district court's[1] order dismissing without prejudice his pro se civil rights complaint against numerous defendants. After careful review of the record, we conclude that Mr. Armstrong's complaint was frivolous and failed to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(i), (ii); *Bray v. Alexandria Women's Health Clinic,* 506 U.S. 263, 267–68, 113 S.Ct. 753, 122 L.Ed.2d 34 (1993); *West v. Atkins,* 487 U.S. 42, 48, 108 S.Ct. 2250, 101 L.Ed.2d 40 (1988); *Martin v. Sargent,* 780 F.2d 1334, 1337 (8th Cir. 1985). Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.